No. 04–5445.  Townsend v. United States.  C. A. 5th Cir. Certiorari denied.

No. 04–5446.  Acosta-Flores v. United States (Reported below: 95 Fed. Appx. 591); Amador-Lujan v. United States (95 Fed. Appx. 572); Bojorquez-Lucero v. United States (95 Fed. Appx. 677); Chavez-Renteria v. United States (95 Fed. Appx. 686); DeLeon-Arteaga v. United States (95 Fed. Appx. 694); Delgado-Najera v. United States (95 Fed. Appx. 576); Ferral-Tamez v. United States (95 Fed. Appx. 691); Gallegos-Renteria v. United States (95 Fed. Appx. 668); Garcia-Ramirez v. United States (95 Fed. Appx. 693); Garcia-Rubio v. United States (95 Fed. Appx. 567); Guerra-Garcia v. United States (95 Fed. Appx. 672); Gutierrez-Enriquez v. United States (95 Fed. Appx. 616); Hernandez-Munoz v. United States (95 Fed. Appx. 569); Lagunas-Sanchez v. United States (95 Fed. Appx. 620); Lemus-Alvarez v. United States (95 Fed. Appx. 573); Lopez-Reyes v. United States (95 Fed. Appx. 675); Madrigal-Ochoa v. United States (95 Fed. Appx. 575); Martinez-Mendoza v. United States (95 Fed. Appx. 678); Mendez-Aguilar v. United States (95 Fed. Appx. 584); Moreno-Contreras v. United States (95 Fed. Appx. 614); Nunez-Cerda v. United States (95 Fed. Appx. 696); Palacios-Rivera v. United States (96 Fed. Appx. 189); Rivera-Carrillo v. United States (95 Fed. Appx. 618); Ruiz-Perez v. United States (95 Fed. Appx. 698); Sepulvera-Diaz v. United States (95 Fed. Appx. 665); Vences-Gonzalez v. United States (95 Fed. Appx. 619); and Vidales-Lopez v. United States (95 Fed. Appx. 574).  C. A. 5th Cir.  Certiorari denied.

No. 04–5447.  Lopez-Garcia v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 04–5449.  Lee v. United States.  C. A. 4th Cir.  Certiorari denied.

No. 04–5452.  Rodriguez v. United States.  C. A. 5th Cir. Certiorari denied.

No. 04–5454.  Antunez-Pineda v. United States; Renteria-Barrientos v. United States; Mena-Montoya v. United States; Martinez-Vences v. United States;